# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 24-03013-01-CR-S-BP |
| Plaintiff, | |
| v. | 18 U.S.C.§ 922(g)(1)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine |
| **ALTON CLARK,**<br>[DOB 12-03-1971] | NMT 3 Years Supervised Release<br>Class C Felony |
| Defendant. | $100 Special Assessment. |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

On or about August 9, 2023, within Greene County, in the Western District of Missouri, the defendant, **ALTON CLARK**, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

A TRUE BILL.

*/s/ Clint Strong*
FOREPERSON OF THE GRAND JURY

*/s/ James Kelleher*
James J. Kelleher
Assistant United States Attorney

DATED: *1/23/2024*
Springfield, Missouri