**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**

## CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**

☐ Secret Indictment
☐ Juvenile

**Defendant Information**

Defendant Name: Alton Clark

Alias Name:

Birth Date: 12-03-1971

**Related Case Information**

Superseding Indictment? ☐ Yes  ☒ No  If yes, original case number:
New Defendant(s)? ☒ Yes  ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA  Kelleher, James J.

**Interpreter Needed?**

☐ Yes  Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☐ Yes  ☒ No
**Warrant Required?** ☒ Yes  ☐ No

**U.S.C. Citations**

Total # of Counts  1 count

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 18:922G.F UNLAWFUL TRANSPORT OF FIREARMS, ETC. | 1 |
| 2 | | |
| 3 | | |
| 4 | | |

(May be continued on reverse)

revised: 05/03/2022